IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THE WISCONSIN ASSEMBLY
DEMOCRATIC CAMPAIGN
COMMITTEE,

      Plaintiff,

      v.                           Case No. 18-CV-0763

BEVERLY R. GILL, JULIE M.
GLANCEY, ANN S. JACOBS, JODI
JENSEN, DEAN KNUDSON, AND
MARK L. THOMSEN,

      Defendants.

## DEFENDANTS' RESPONSE TO MOTION TO INTERVENE

The Defendants take no position on the Wisconsin State Assembly's motion to intervene (Dkt. 11).

Dated this 19th day of October, 2018.

                                        Respectfully submitted,

                                        BRAD D. SCHIMEL
                                        Attorney General of Wisconsin

                                        Electronically signed by:

                                        <u>s/ Brian P. Keenan</u>
                                        BRIAN P. KEENAN
                                        Assistant Attorney General
                                        State Bar #1056525

ANTHONY D. RUSSOMANNO
Assistant Attorney General
State Bar #1076050

KARLA KECKHAVER
Assistant Attorney General
State Bar #1028242

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020 (*AAG Keenan*)
(608) 267-2238 (*AAG Russomanno*)
(608) 264-6365 (*AAG Keckhaver*)
*keenanbp@doj.state.wi.us*
*russomannoad@doj.state.wi.us*
*keckhaverkz@doj.state.wi.us*
(608) 267-2223 (fax)

2