## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIAM WHITFORD, et al.,

        Plaintiffs,

      v.                                          15-cv-421-jdp

BEVERLY R. GILL, et al.,

        Defendants.

---

THE WISCONSIN ASSEMBLY
DEMOCRATIC CAMPAIGN COMMITTEE,

        Plaintiff,

      v.                                            18-cv-763-jdp

BEVERLY R. GILL, et al.,

        Defendants.

---

**PLAINTIFF, THE WISCONSIN ASSEMBLY DEMOCRATIC CAMPAIGN
COMMITTEE'S STATEMENT IN OPPOSITION TO THE
MOTION OF THE WISCONSIN STATE ASSEMBLY
TO INTERVENE PURSUANT TO RULE 24(A) AND (B)**

---

Plaintiff, The Wisconsin Assembly Democratic Campaign Committee, hereby joins in and adopts the factual and legal arguments set forth in the "Individual Plaintiffs' Brief in Opposition to Wisconsin State Assembly's Motion to Intervene Pursuant to FRCP 24(A) and (B)," filed in Case No. 15-cv-421-jdp, dkt. 217.

1

Respectfully submitted this 19th day of October, 2018.

By: ___/s/ Lester A. Pines_____.
Lester A. Pines, SBN 1016543
Pines Bach LLP
122 W. Washington Ave., Ste. 900
Madison, WI 53703
(608) 251-0101
lpines@pinesbach.com

Peter G. Earle, SBN 1012176
Law Office of Peter G. Earle, LLC
839 North Jefferson Street, Ste. 300
Milwaukee, WI 53202
(414) 276-1076
peter@earle-law.com

Nicholas O. Stephanopoulos
Professor of Law
University of Chicago Law School
1111 E. 60th St., Suite 510
Chicago, IL 60637
(773) 702-4226
nsteph@uchicago.edu
W.D. Wis. BN 4606588

*Attorneys for Plaintiff - The Wisconsin
Assembly Democratic Campaign Committee*

2