UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

THE WISCONSIN ASSEMBLY DEMOCRATIC
CAMPAIGN COMMITTEE,

     Plaintiff,

v.

                         Case   No.   3:18-CV-00763

BEVERLY R. GILL, JULIE M. GLANCEY,
ANN S. JACOBS, JODI JENSEN, DEAN KNUDSON,
and MARK L. THOMSEN,

     Defendants.

## WISCONSIN STATE ASSEMBLY'S MOTION TO DISMISS

Intervenor-Defendant Wisconsin State Assembly, through its attorneys, hereby moves to dismiss the complaint pursuant to Fed. R. of Civ. P. 12(b)(6). For the reasons stated in the attached Brief In Support Of Wisconsin State Assembly's Motion To Dismiss, Plaintiffs Amended Complaint fails to state a claim for which relief can be granted.

Intervenors request the court enter an order and judgment dismissing the complaint.

Respectfully submitted this 5th day of October, 2018.

**BELL GIFTOS ST. JOHN LLC**

/s/ Kevin St. John
Kevin St. John, SBN 1054815
5325 Wall Street, Suite 2200
Madison, WI 53718-7980
Ph. 608-216-7990
Fax 608-216-7999
Email:  kstjohn@bellgiftos.com

**Attorneys for Wisconsin State Assembly**