IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

WILLIAM WHITFORD, et al.

 Plaintiffs,

v.

BEVERLY R. GILL, et al.,

 Defendants;

and

THE WISCONSIN STATE ASSEMBLY,

 Intervenor-Defendant.

Case No. 3:15-CV-00421-jdp

---

THE WISCONSIN ASSEMBLY DEMOCRATIC
CAMPAIGN COMMITTEE,

 Plaintiff,

v.

BEVERLY R. GILL, et al.,

 Defendants;

and

THE WISCONSIN STATE ASSEMBLY,

 Intervenor-Defendant.

Case No. 3:18-CV-00763-jdp

---

**DECLARATION OF JOSHUA P. ACKERMAN**

I, Joshua Phares Ackerman, hereby declare as follows:

1. I am over 18 years of age and am competent to testify as to the matters set forth in this declaration based upon my own personal knowledge.

2. I make this declaration is support of the Wisconsin State Assembly's Emergency Motion to Stay.

3. I am an attorney at Bartlit Beck LLP, counsel for the Wisconsin State Assembly in the above-captioned actions.

4. On January 4, 2019, I spoke by telephone to Ruth Greenwood, counsel for the plaintiffs, regarding the Assembly's Emergency Motion to Stay. Ms. Greenwood advised me that the plaintiffs oppose the motion.

5. On January 7, 2019, I spoke by telephone to Brian Keenan, counsel for the Defendants, regarding the Assembly's Emergency Motion to Stay. Mr. Keenan advised me that the Defendants do not yet have a position on the Assembly's motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed on January 7, 2019, in Cook County, Illinois.

_____
Joshua P. Ackerman