IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIAM WHITFORD, et al.,

    Plaintiffs,

    v.                              15-cv-421-jdp

BEVERLY R. GILL, et al.,

    Defendants.

---

THE WISCONSIN ASSEMBLY
DEMOCRATIC CAMPAIGN COMMITTEE,

    Plaintiff,

    v.                              18-cv-763-jdp

BEVERLY R. GILL, et al.,

    Defendants.

---

**UNOPPOSED MOTION TO DISMISS THE COMPLAINT OF
THE WISCONSIN ASSEMBLY DEMOCRATIC CAMPAIGN COMMITTEE**

---

Plaintiff, The Wisconsin Assembly Democratic Campaign Committee (WADCC), by Pines Bach LLP, hereby moves the Court to dismiss its complaint in the above entitled matter without prejudice and without costs. I am authorized by the Defendants and the Intervenor to represent to the Court that they do not oppose the entry of an order granting this motion.

Respectfully submitted this 25th day of January, 2019.

By:    */s/ Lester A. Pines*     .
       Lester A. Pines, SBN 1016543
       Pines Bach LLP
       122 W. Washington Ave., Ste. 900
       Madison, WI 53703
       (608) 251-0101
       lpines@pinesbach.com

Peter G. Earle, SBN 1012176
Law Office of Peter G. Earle, LLC
839 North Jefferson Street, Ste. 300
Milwaukee, WI 53202
(414) 276-1076
peter@earle-law.com

Nicholas O. Stephanopoulos
Professor of Law
University of Chicago Law School
1111 E. 60th St., Suite 510
Chicago, IL 60637
(773) 702-4226
nsteph@uchicago.edu
W.D. Wis. BN 4606588

*Attorneys for Plaintiff - The Wisconsin Assembly Democratic Campaign Committee*